JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE IVAN RENE MOORE, | Case No. CV 20-10980 FMO |
| Debtor. | BK Case No. 17-12071 MB<br>Adv. Case No. 17-1088 MB |
| IVAN RENE MOORE, | |
| Appellant, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Appellees. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 27th day of September, 2021.


                                    /s/
                            Fernando M. Olguin
                        United States District Judge